465 A.2d 634

**Jerome J. ECKERT and Constance Eckert**

v.

**Joseph MAJOT, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 1983.

Decided Sept. 20, 1983.

Reargument Denied Nov. 30, 1983.

Russell F. D'Aiello, Jr., Emporium, for appellant.

Perry S. Patterson, Coudersport, for appellees.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

150

## ORDER

PER CURIAM:

The appeal, 306 Pa.Superior 603, 452 A.2d 51, is dismissed as having been improvidently granted.